1 KATHERINE HART #76715
Law Offices of Katherine Hart
2 2055 San Joaquin Street
Fresno, CA  93721
3 Tel: (559) 256-9800
Fax: (559) 256-9798
4

5 Attorney for Defendant,
SHIRLEY ANN TAYLOR
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) CR. No. 05-00267 AWI
                                     )
11        Plaintiff,                 ) APPEARANCE OF COUNSEL OF
                                     ) RECORD AND CHANGE IN
12 vs.                               ) DESIGNATION OF COUNSEL
                                     ) FOR SERVICE
13 SHIRLEY ANN TAYLOR,               ) and ORDER
                                     )
14        Defendant.                 )
   ──────────────────────────────────)
15

16        TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

17        Pursuant to Local Rule 83-182, and the criminal Justice Act

18 Plan for this district, Part VI, paragraph B, I confirm my

19 appearance as counsel of record in this case for SHIRLEY ANN

20 TAYLOR, and designate new counsel for service as follows:

21        KATHERINE HART
          Attorney at Law
22        2055 San Joaquin St.
          Fresno, CA 93721
23        Tel: (559) 256-9800
          Fax: (559) 256-9798
24

25 Former counsel for service was MELODY M. WALCOTT, Federal

26 Defender's Office, 2300 Tulare St., Ste. 330, Fresno, CA 93721,

27 Tel: (559) 487-5561.

28        I hereby certify that I am an attorney admitted to practice

1  in this court.
2  DATED: October 25, 2005             /s/ Katherine Hart
                                       KATHERINE HART, Attorney at Law
3
4  IT IS SO ORDERED.
5  **Dated:    October 26, 2005**              **/s/ Anthony W. Ishii**
   0m8i78                              UNITED STATES DISTRICT JUDGE