```
 1  KATHERINE HART #76715
    Attorney at Law
 2  2055 San Joaquin
    Fresno, Ca. 93721
 3  Telephone: (559) 256-9800
    Facsimile:  (559) 256-9798
 4
    Attorney for Defendant
 5  SHIRLEY ANN TAYLOR
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-05-00267-01 AWI |
| Plaintiff, | |
| | REQUEST TO FILE REPORT UNDER SEAL AND ORDER |
| v. | Date: March 6, 2006 |
| | Time: 9:00 a.m. |
| SHIRLEY ANN TAYLOR, | Dept: 2 |
| Defendant. | |

TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE ABOVE-ENTITLED COURT:

Defendant, through her counsel KATHERINE HART, respectfully requests that the court allow defendant to file a confidential psychological evaluation under seal, so that such psychological evaluation, which contains confidential and private information, be available only for inspection by the parties needing such information. A copy has been furnished to the United States Probation Office and to the Assistant United States Attorney (Marlon Cobar) prosecuting this matter.

DATED: February 23, 2006          Respectfully submitted,

/s/Katherine Hart
KATHERINE HART

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

2  That a psychological evaluation prepared by Dr. Allan Hedberg for
3  SHIRLEY ANN TAYLOR may be filed under seal.

5  IT IS SO ORDERED.

6  **Dated:   February 24, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE

2