1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  SHIRLEY TAYLOR

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | ) | CR-F-05-00267 AWI |
   |---|---|---|
12 | Plaintiff, | ) | REQUEST TO DELAY |
   |  | ) | PRISON SURRENDER PENDING |
13 |  | ) | HEARING |
   |  | ) |  |
14 |  | ) |  |
   | v. | ) |  |
15 |  | ) | Surrender date: June 2, 2011 at |
   |  | ) | 2:00 p.m. |
16 |  | ) |  |
   | SHIRLEY TAYLOR, | ) | Hearing: June 6, 2011 |
17 |  | ) | Time: 9:00 a.m. |
   |  | ) | Dept: AWI |
18 | Defendant. | ) |  |
   |  | ) |  |
19

20    TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE

21 EASTERN DISTRICT, and to JEREMY JEHANGIRI, counsel for the government:

22    SHIRLEY TAYLOR's surrender date was set for June 2, 2011 at 2:00 p.m.

23 As of June 1, 2011, defendant TAYLOR had not been notified of a facility

24 designation. Attorney Hart was in a State Personnel Board hearing May 31st and

25 June 1, 2011, and at 3:30 p.m. telephoned the Federal Marshal's office regarding

26 defendant TAYLOR's facility designation. On June 2, 2011, at approximately

27 8:30 a.m. the Federal Marshal Service notified attorney Hart that the facility

28                                        1

designated for surrender was Dublin. TAYLOR does not have sufficient time today to travel to Dublin, and has brought to attorney HART a letter from her physician stating that she is currently ill.. The letter from the physician does not state that TAYLOR will not be able to serve her prison sentence; it does state that she is currently having stomach pains from irritable bowel syndrome, and is on a new medication.

In light of the late designation of facility (March 27, 2011 is when the Federal Marshal's Office learned of the designation) and defendant's medical condition, HART requested that the government stipulate to a two-week extension of time for defendant to report to Dublin.. Assistant United States Attorney JEREMY JEHANGIRI has requested a hearing to determine whether there should be a two-week extension of time. JEHANGIRI does not object to an extension to Monday, June 6, 2011 for defendant to report.

Accordingly, defendant requests a hearing on Monday, June 6, 2011, and requests that the court grant an extension to report until Monday, June 6, 2011.

DATED: June 2, 2011                 /s/Katherine Hart
                                    KATHERINE HART, Attorney for
                                    SHIRLEY TAYLOR

### ORDER

Good cause appearing, it is hereby ordered that the surrender date of SHIRLEY TAYLOR be extended to Monday, June 6, 2011 at 2:00 p.m. Any further extension of time will be subject to a hearing to be scheduled on Monday, June 6, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   June 2, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE

2